# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAIME L. ERASO

NO. 2020 KW 1343

**MARCH 15, 2021**

---

In Re:   Jaime L. Eraso, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge,
         No. 10-09-0034.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**  Relator's claim that the district court did
not consider his age as a mitigating factor in violation of La.
Code Crim. P. art. 894.1 does not point to an illegal term in
his sentence.  Therefore, his claim may not be presented in a
motion to correct an illegal sentence.  **State v. Gedric,** 99-1213
(La. App. 1st Cir. 6/3/99), 741 So.2d 849, 851-52 (*per curiam*),
writ denied, 99-1830 (La. 11/5/99), 751 So.2d 239.  Furthermore,
a defendant cannot seek review of a sentence imposed in
conformity with a plea agreement which was set forth in the
record at the time of the plea.  See La. Code Crim. P. art.
881.2(A)(2).

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT